**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IAN MITCHEL KING,               )          CASE NO. CV 11-05872 MWF (RZ)
                                )
                 Petitioner,    )
                                )          JUDGMENT
        vs.                     )
                                )
DANIEL PARAMO, WARDEN,          )
                                )
                 Respondent.    )
_____    )

        This matter came before the Court on the Petition of IAN MITCHEL KING,
for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and
having accepted the findings and recommendation of the United States Magistrate Judge,

        IT IS ORDERED AND ADJUDGED that the Petition is denied and the action
is dismissed with prejudice.


        DATED: August 22, 2012

                                        _____
                                        MICHAEL W. FITZGERALD
                                        UNITED STATES DISTRICT JUDGE